

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00453-CV

Stanley **FREEMAN**,
Appellant

v.

Sumiko **FREEMAN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-13915
Honorable Larry Noll, Judge Presiding

## O R D E R

On September 15, 2015, appellant filed a motion to extend time to file appellant's brief. In the motion, appellant states the brief is currently due September 18, 2015. This is incorrect. Currently, only the clerk's record has been filed. The reporter's record is currently due September 30, 2015, pursuant to the Rule 37.3 letter we sent to the reporter on August 31, 2015. Appellant's brief will be due thirty days after the reporter's record is filed. We therefore DENY AS MOOT appellant's motion to extend time to file the brief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court